IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 19-186 |
| ALIZE MERCEDES RAMOS COLON | : | |

**O R D E R**

**AND NOW**, this 3rd day of June, 2021, it is hereby **ORDERED** that Defendant's Motion to Suppress Physical Evidence and Statements (Docket No. 30) is **DENIED**.

**BY THE COURT**:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.